```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

**In re: Vineland Police Cases**
      **Master Docket No. 12cv7294 (JEI/JS)**

**Wilfredo Feliciano v. City of Vineland, et al.**
Civil No. 12-3314 (JEI/JS)

**Rafael Perez v. City of Vineland, et al.**
Civil No. 12-5227 (JEI/JS)

**Richard Kates v. City of Vineland, et al.**
Civil No. 12-5274 (JEI/JS)

**Najee Stratton, et al. v. City of Vineland, et al.**
Civil No. 12-5997 (JEI/JS)

**Jessica Jones v. City of Vineland, et al.**
Civil No. 12-6212 (JEI/JS)

**Joel Rios v. City of Vineland, et al.**
Civil No. 12-6213 (JEI/JS)

**Yerondin Thomas, et al. v. City of Vineland, et al.**
Civil No. 12-6936 (JEI/JS)

**George Padilla v. City of Vineland, et al.**
Civil No. 12-6937 (JEI/JS)

**Willie Acosta v. City of Vineland, et al.**
Civil No. 12-6938 (JEI/JS)

**and**

**John Panarello, et al. v. City of Vineland, et al.**
Civil No. 12-4165 (JEI/JS)

**Edison Brooks v. City of Vineland, et al.**
Civil No. 12-5884(JEI/JS)

### ORDER ESTABLISHING MASTER DOCKET NUMBER
### FOR ALL VINELAND POLICE CASES

    The Court having held a scheduling conference with the parties on November 20, 2012; and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this **29th** day of **November, 2012,** that the first nine (9) cases listed above shall be consolidated for discovery and case management purposes pursuant to Fed. R. Civ. P. 42(a) and shall be designated as Vineland Police Cases; and

IT IS FURTHER ORDERED that the Clerk of the Court shall designate C.A. No. 12cv7294 (JEI/JS) as the master docket number for all designated Vineland Police Cases. All filings in any Vineland Police Case shall hereafter include the caption, **"In Re Vineland Police Cases, Master Dkt. No. 12cv7294 (JEI/JS)"** and the caption of the individual case to which the filing pertains; and

IT IS FURTHER ORDERED that the Clerk of the Court shall include on the service list for the master docket all counsel who entered an appearance in any Vineland Police Case; and

IT IS FURTHER ORDERED that if a filing pertains to all Vineland Police Cases it shall only include the master docket number; and

IT IS FURTHER ORDERED that although the following two related cases have not been designated as Vineland Police Cases, the Clerk of the Court shall add counsel in the cases to the service list in the Vineland Police Cases: Panarello, et al. v. City of Vineland, et al., 12-4165 (JEI/JS) and Brooks v. City of Vineland, et al., 12-5884 (JEI/JS).

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge